### UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF INDIANA
### FORT WAYNE DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | |
| | ) | |
| LEVELLE D. BROWN | ) | CASE NO. 09-13250 |
| ANDREA JANELL BROWN, | ) | Chapter 7 |
| | ) | |
| DEBTOR(S). | | |

## NOTICE OF SMALL DIVIDENDS

Martin E. Seifert, Trustee of the estate of the above-named Debtor(s), now files this Notice of Small Dividends pursuant to FRBP 3010 and 3011.  The Trustee has filed his Final Report and Distribution Summary and no objections having been filed to same, the Trustee has disbursed funds as proposed.  Trustee notes that the following creditor(s) are to receive dividends of less than $5.00:

| **CREDITOR** | **ADDRESS** | **DIVIDEND** |
|---|---|---|
| City Utilities | 1 East Main Street<br>Room 270<br>Fort Wayne, IN 46802 | $4.28 |
| Summit Radiology | c/o Snow & Sauerteig<br>203 E. Berry St.<br>Suite 1310<br>Fort Wayne, IN 46802 | $3.21 |
| Fort Wayne City Utilities | c/o Snow & Sauerteig<br>203 E. Berry St.<br>Suite 1310<br>Fort Wayne, IN 46802 | $4.71 |
| | Total | $12.20 |

**WHEREFORE**, Trustee is depositing the total sum of $12.20 with the Clerk of the U.S.

Bankruptcy Court, representing small dividends in the above-referenced bankruptcy case.

**Dated: January 4, 2011**

**Respectfully submitted,**

**CHAPTER 7 TRUSTEE**
**444 EAST MAIN STREET**
**FORT WAYNE, INDIANA 46802**
**TELEPHONE: (260) 426-0444**
**FAX: (260) 422-0274**
**EMAIL: mseifert@hallercolvin.com**

**BY: /s/ Martin E. Seifert**
**MARTIN E. SEIFERT**
**I.D. #16857-02**

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that a true and exact copy of the above and foregoing Notice of Small Dividends has been sent electronically by the Court's electronic filing service or by first class United States mail, postage prepaid, this 4th day of January, 2011, to:

Sabrina J. Kitsos, Esq.
Law Offices of Peter Francis Geraci
702 W. Coliseum
Suite B
Fort Wayne, IN 46808

United States Trustee
555 One Michiana Square
100 East Wayne Street
South Bend, Indiana 46601

City Utilities
1 East Main State
Room 270
Fort Wayne, IN 46802

Summit Radiology
c/o Snow & Sauerteig
203 E. Berry St.
Suite 1310
Fort Wayne, IN 46802

Fort Wayne City Utilities
c/o Snow & Sauerteig
203 E. Berry St.
Suite 1310
Fort Wayne, IN 46802

 /s/ Martin E. Seifert
**MARTIN E. SEIFERT**